

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2015

No. 04-15-00364-CR

Joe William **MEURET,** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. 14-CRD-07
Honorable Ana Lisa Garza, Judge Presiding

## ORDER

The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to November 30, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:     Rumaldo Solis Jr.                     David D. Towler
        400 E Gravis                          Law Office of David D. Towler
        PO Drawer 1061                        410 E. Collins
        San Diego, TX 78384                   P.O. Box 569
                                              San Diego, TX 78384-2908